# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ROCK SPRING PLAZA II, INC.,**

Plaintiff,

v.

**INVESTORS WARRANTY OF AMERICA, LLC,** *et al.*,

Defendants.

Civil No. **PJM-20-1502**

## ORDER

Having considered "Defendant Investors Warranty Of America, LLC's Brief, Pursuant to the Court's March 15, 2023 Order, in Support of Reconsideration of the Applicability of the Crime-Fraud Exception" (ECF No. 294), Plaintiff's response thereto (ECF No. 310), and IWA's Reply (ECF No. 312); an *ex parte* hearing having been conducted with counsel for IWA on June 20, 2023; it is, this 17 day of August 2023, for the reasons stated in the accompanying Memorandum Opinion:

**ORDERED**

1. Within ten (10) days of this Order, IWA and its counsel **SHALL** produce to Plaintiff the three documents docketed in this case as ECF No. 288-1. Should IWA and counsel refuse to comply, the Court **WILL** entertain a Motion from Plaintiff to hold IWA and/or its counsel in contempt, and a substantial fine and possible incarceration of IWA's principals or its counsel will be in the mix.

2. Pursuant to Paragraph 1, the following Motions are **DENIED**:

1

    a. The unresolved portion of IWA's Motion for Protective Order (ECF No. 226), which addresses the production of IWA's privileged communications; and

    b. IWA's "Brief, Pursuant to the Court's March 15, 2023 Order, in Support of Reconsideration of the Applicability of the Crime-Fraud Exception" (ECF No. 294).

3. The unresolved portions of the following Motions on which the Court deferred ruling during the February 16, 2023 discovery hearing are hereby **DENIED WITHOUT PREJUDICE**:

    a. RSD's Motion to Quash Non-Party Deposition Subpoena on Counsel for Rock Springs Drive, or, In the Alternative, For a Protective Order (ECF No. 255); and

    b. Plaintiff's Motion to Compel Supplemental RSD Privilege Log (ECF No. 277).

4. The accompanying Memorandum Opinion **SHALL** remain **SEALED** and be made available only to Defendants and their counsel pending further order of the Court.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE