# EXHIBIT O

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:      Counsel of Record

From:    Judge Peter J. Messitte

Re:      <u>Rock Spring Plaza, II LLC v. Investors Warranty of America, LLC et al.</u>
         Civil No. 20-1502 PJM

Date:    August 12, 2021

\*\*\*\*\*\*\*\*

It is, for the reasons stated on the record during the telephone conference with counsel held on August 12, 2021,

**ORDERED**

1. All discovery in this case is temporarily **STAYED**;

2. The Court wishes to consider as a matter of law the entitlement of an obligor under a contract to know who an assignee is and other relevant information with respect to who the assignee is.

    a. The Court therefore directs Plaintiff to file a Motion for Summary Judgment addressing these issues within 30 days hereof;

    b. Defendant may respond to the Motion within 30 days thereafter;

    c. Plaintiff may file a Reply, if any, within 15 days thereafter.

The Court intends to write an opinion with respect to these issues, following which the Court will determine the appropriateness of the case to further proceed.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

1

_____
Peter J. Messitte
United States District Judge

CC:   Court File