UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. _____   Caption: In re Investors Warranty of America, LLC

Petitioner
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Investors Warranty of America, LLC's Petition for Writ of Mandamus - Filed Ex Parte

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   Pursuant to the district court, the Ex Parte Memorandum Opinion directing production of privileged documents is to remain under seal. The district court specifically directed that Petitioner should not file a redacted version of the Opinion and the entire Opinion remains under seal. The Petition is based on the sealed language of the Ex Parte Opinion, and therefore must be filed under seal to comply with the direction of the district court.

filed ex parte, document must be marked SEALED and EX PARTE):

   Access to the Court and Defendants only, pursuant to Dist. Ct. Dkt-339 and Dkt-341.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

01/15/2020 SCC                                    1 of 2

## CERTIFICATE OF SERVICE

I certify that on  September 6, 2023   the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

No service

| /s/Rebecca A. Davis | 09/06/23 |
|---|---|
| Signature | Date |

2 of 2