FILED: September 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1928
(8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

Petitioner

_____

O R D E R
_____

Upon consideration of the certificates of confidentiality, the court seals the Petition for Writ of Mandamus, Exhibit B, and Exhibit K.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk