

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC | tel 202.663.8000 | fax 202.663.8007

William M. Bosch
tel: +1.202.663.9392
william.bosch@pillsburylaw.com

November 22, 2023

<u>Via Electronic Filing</u>
The Honorable Nwamaka Anowi
Clerk of the Court
United States Court of Appeals for the Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

   Re: ***In re: Investors Warranty of America, LLC,*** **No. 23-1928**

To Ms. Anowi,

We write in response to the Order issued yesterday, November 21, 2023, (Dkt. No. 15) directing Respondent Rock Spring Plaza II, LLC, to file an answer to the petition in the above-styled action. We note for the Court that the only petition referenced on the docket was not served on Respondent but was filed *ex parte*, under seal on September 6, 2023, by Petitioner Investors Warranty of America, LLC. Pursuant to Federal Rule of Appellate Procedure 21(a)(1), Respondent has requested that Petitioner make the petition available; to date, all requests have been denied.

Accordingly, we respectfully request that the Court revise the November 21, 2023, Order to direct Petitioner to serve the petition within 5 days and set a revised deadline for Respondent's answer to 10 days from receipt of the petition.

Respectfully submitted,

*/s/ William M. Bosch*

William M. Bosch
*Counsel for Respondent Rock Spring Plaza II, LLC*

www.pillsburylaw.com