

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC | tel 202.663.8000 | fax 202.663.8007

William M. Bosch
tel: +1.202.663.9392
william.bosch@pillsburylaw.com

December 1, 2023

<u>Via Electronic Filing</u>

The Honorable Nwamaka Anowi
Clerk of the Court
United States Court of Appeals for the Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

    Re:   ***In re: Investors Warranty of America, LLC,* No. 23-1928**

Dear Ms. Anowi:

    I write to inform the Court that, pursuant to Local Rule 27(d), Respondent Rock Spring Plaza II, LLC intends to file a reply in response to Petitioner's Response to Motion to Extend Schedule (Dkt. No. 20) and requests that the Court not act on Respondent's Motion to Extend Schedule (Dkt. No. 19) until the reply is received. Respondent will file its reply within seven (7) days in accordance with Federal Rule of Appellate Procedure 27(a)(4).

        Respectfully submitted,

        <u>*/s/ William M. Bosch*</u>

        William M. Bosch
        *Counsel for Respondent Rock Spring Plaza II, LLC*

www.pillsburylaw.com

4870-0612-7250.v1