FILED: December 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1928
(8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

Petitioner

_____

O R D E R
_____

Upon consideration of submissions relative to respondent's motion to extend the filing time to file a response to the petition, the court grants the motion and orders petitioner to serve respondent with the petition and exhibit B to the petition no later than December 12, 2023, and extends the deadline for respondent's response to the petition to January 11, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk