UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1928 (8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC,

Petitioner.

_____

**MOTION FOR CLARIFICATION REGARDING DECEMBER 7, 2023 ORDER**
_____

Petitioner Investors Warranty of America, LLC's ("Petitioner") confirms its intent to comply with the Court's Order dated December 7, 2023 (the "Order"). However, Petitioner seeks clarification as to the Court's instruction to produce Exhibit B, which is the district court's unredacted order directing the production of Petitioner's privileged documents (the "Production Order"). The Production Order includes actual privileged information that Petitioner seeks to protect.

As stated in the Petition, Petitioner has prepared a redacted version of the Production Order that removes only the privileged information and Petitioner will timely serve that redacted version. The redacted version of Exhibit B complies with Local Rules 21(a)(2)(C) and 21(c) since the Petition does not reference, disclose nor rely upon the privileged information discussed in the Production Order. Petitioner

respectfully requests direction from the Court if a different method of serving the Production Order in a manner that simultaneously protects the privileged information is required.

Dated:  December 8, 2023 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Rebecca A. Davis*

　　　　　　　　　　　　　　　　　　Rebecca A. Davis
　　　　　　　　　　　　　　　　　　ARNALL GOLDEN GREGORY LLP
　　　　　　　　　　　　　　　　　　171 17th Street NW, Suite 2100
　　　　　　　　　　　　　　　　　　Atlanta, GA 30363
　　　　　　　　　　　　　　　　　　(404) 873-8768
　　　　　　　　　　　　　　　　　　rebecca.davis@agg.com
　　　　　　　　　　　　　　　　　　*Counsel for Investors Warranty of America, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of December, 2023, a copy of the foregoing Motion for Clarification Regarding December 7, 2023 Order was served electronically on counsel of record.

/s/*Rebecca A. Davis*
Rebecca A. Davis

3