FILED: December 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1928
(8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

    Petitioner

_____

O R D E R
_____

Upon consideration of petitioner's motion to clarify the December 7, 2023, order, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk