**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

No. 23-1928 (8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC,

    Petitioner.

_____

**CERTIFICATE OF COMPLIANCE WITH DECEMBER 7, 2023 ORDER**
_____

    Petitioner Investors Warranty of America, LLC ("Petitioner") files this certificate confirming its compliance with the Court's Order dated December 7, 2023 (the "Order"). On December 8, 2023, after receiving the Court's December 7, 2023 Order, Petitioner filed its Motion for Clarification to confirm that it could serve a redacted copy of the district court's August 17, 2023 Order, which would remove all privileged information. While the Motion for Clarification was pending, on December 11, 2023, Petitioner served a redacted copy of the August 17, 2023 Order, which was consistent with Local Rules 21(a)(2)(C) and 21(c). A copy of the correspondence to Respondent confirming such service is attached hereto as Exhibit A. On December 18, 2023, the Court denied the Motion for Clarification, and therefore on December 18, 2023, Petitioner served a complete copy of the August

1

17, 2023 Order, which was unredacted. A copy of the correspondence to Respondent confirming such service is attached hereto as Exhibit B.

Dated:  December 19, 2023                    Respectfully submitted,

/s/*Rebecca A. Davis*
Rebecca A. Davis
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8768
rebecca.davis@agg.com
*Counsel for Investors Warranty of America, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of December, 2023, a copy of the foregoing CERTIFICATE OF COMPLIANCE WITH DECEMBER 7, 2023 ORDER was served electronically on counsel of record.

/s/*Rebecca A. Davis*
Rebecca A. Davis