# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1928 (8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

Petitioner

_____

**MOTION TO SEAL**

_____

Pursuant to Local Rule 25(c) and the applicable Sealed & Confidential Material Provisions of the Fourth Circuit, Respondent Rock Spring Plaza II, LLC ("Plaza") respectfully moves this Court for an order sealing Plaza's Answer in Response to Investors Warranty of America, LLC's Petition for Writ of Mandamus ("Response"). Plaza is filing its Response to IWA's Petition under seal (like the Petition itself) because Plaza's Response includes arguments concerning documents that were filed by IWA under seal (in both the District Court and in this Court) and specific references to the contents of those documents. Plaza is prepared to publicly file a version of its Response with more limited redactions if so ordered by this Court.

Dated:  January 11, 2024

Respectfully submitted,

_William M. Bosch_____
William Bosch
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036
Telephone:  202-663-8000
Facsimile:  202-663-8007
william.bosch@pillsburylaw.com

_Attorney for Respondent Rock Spring Plaza II, LLC_