UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __23-1928__    Caption: In re: Investors Warranty of America, LLC

Respondent

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Plaza's Answer in Response to IWA's Petition for Writ of Mandamus and Sealed Appendix Vol. 2

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   Answer substantively responds to IWA's Petition filed ex parte and under seal. Appx Vol. 2 includes documents ordered to remain sealed by District Court Orders Sept. 2021, Jan/Feb 2023, Aug. 2023.

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Only Petitioner and Respondents Plaza and Rock Springs Drive, LLC is permitted access to sealed material.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes    Respondent's Brief is sealed in its entirety.

## CERTIFICATE OF SERVICE

I certify that on ___1/11/2024___ the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below. Service may be made by direct email or other electronic means with the prior written consent of the party to be served. <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Rebecca Allison Davis
ARNALL, GOLDEN & GREGORY LLLP
Suite 2100
171 17th Street N.W.
Atlanta, GA 30363-1031
rebecca.davis@agg.com
Attorney for Petitioner Investors
Warranty of America, LLC

Sara Elizabeth Kropf
Rebecca Guiterman
KROPF MOSELEY PLLC
1100 H Street NW #1220
Washington, DC 20005
sara@kmlawfirm.com
rebecca@kmlawfirm.com
Attorneys for Rock Springs Drive, LLC

___/s/ William M. Bosch___
Signature

___01/11/24___
Date