UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1928 (8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC,

    Petitioner.
_____

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR MANDAMUS**
_____

    Petitioner Investors Warranty of America, LLC's ("Petitioner") files this Motion for Leave to File Reply in Support of Petition for Mandamus respectfully moving this Court for leave to file a Reply to Respondent Rock Spring Plaza II, LLC's Answer in Response to Investors Warranty of America, LLC's Petition for Writ of Mandamus (Sealed). Petitioner believes this Reply is necessary and warranted to address a number of new legal arguments that do not respond to arguments raised in the Petition and to correct several erroneous factual allegations.[1]

    A copy of Petitioner's proposed Reply and the Record in Support of the Reply are attached hereto as Exhibits A and B, respectively.

---

[1] As examples, Respondent incorrectly claims that IWA's current counsel of record was actively counseling Petitioner when the privileged communications at issue here were created. Respondent also incorrectly states that witnesses testified that Petitioner's co-defendant and the current tenant under the Ground Lease at issue, was planning to default on its contractual obligations.

1

Dated:  January 16, 2024	Respectfully submitted,

/s/*Rebecca A. Davis*
Rebecca A. Davis
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8768
rebecca.davis@agg.com
*Counsel for Investors Warranty of America, LLC*

2

## CERTIFICATE OF COMPLIANCE

This Motion for Leave to File Reply in Support of Petition for Writ of Mandamus complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure because this petition has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman Font and contains 213 words.

Dated: January 16, 2024        */s/Rebecca A. Davis*
Rebecca A. Davis
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8768
rebecca.davis@agg.com
*Counsel for Investors Warranty of America, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 16, 2024, a copy of the foregoing Motion for Leave to File Reply in Support of Petition for Writ of Mandamus and its accompanying Record in Support were served by third party commercial overnight carrier (FedEx) and scheduled for delivery on the following person at the address below:

> The Honorable Peter J. Messitte
> United States District Court for the District of Maryland
> 6500 Cherrywood Lane, Suite 475
> Greenbelt, MD 20770

I further certify that on January 16, 2024, a copy of Motion for Leave to File Reply in Support of Petition for Writ of Mandamus and its accompanying Record in Support were served electronically via ECF to all counsel of record.

Dated: January 16, 2024                     Respectfully submitted,

*Rebecca A. Davis*
Rebecca A. Davis
ARNALL GOLDEN GREGORY LLP
171 Seventeenth Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404-873-8768
Facsimile: 404-873-8501
rebecca.davis@agg.com
*Attorney for Petitioner Investors Warranty of America, LLC*