UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1928 (8:20-cv-01502-PJM)

———————————

In re: INVESTORS WARRANTY OF AMERICA, LLC,

Petitioner

———————————

**RESPONDENT ROCK SPRING PLAZA II, LLC'S RESPONSE TO INVESTORS WARRANTY OF AMERICA, LLC'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS**

———————————

Respondent Rock Spring Plaza II, LLC ("Plaza") opposes Investors Warranty of America, LLC's ("IWA") motion for leave to file a reply brief in support of its Petition for Writ of Mandamus.

Federal Rule of Appellate Procedure 21 does not permit IWA to file a reply brief, and IWA has no legitimate basis for deviating from the rule. IWA's proposed 4,000-word reply brief largely re-argues points that are not relevant to its Petition for Writ of Mandamus and are more appropriately reserved for an appeal from final judgment.

Moreover, IWA made no effort to comply with Local Rule 27(a), which requires that IWA inform all parties of the intended filing of its motion and include

a statement in its motion indicating whether the other parties' consent to the granting of the motion or intend to file responses in opposition. IWA never contacted Plaza regarding its motion.

The Court should deny promptly both IWA's motion for leave to file reply brief and IWA's Petition for Writ of Mandamus so that the case below, which has been effectively stayed, can proceed.

| | |
|---|---|
| Dated: January 17, 2024 | Respectfully submitted, |
| | |
| | */s/ William M. Bosch* |
| | William M. Bosch |
| | Pillsbury Winthrop Shaw Pittman LLP |
| | 1200 Seventeenth Street NW |
| | Washington, DC 20036 |
| | Telephone: 202-663-8000 |
| | Facsimile: 202-663-8007 |
| | william.bosch@pillsburylaw.com |
| | |
| | *Attorney for Respondent Rock Spring Plaza II, LLC* |

## CERTIFICATE OF COMPLIANCE

This Response to Investor Warranty of America, LLC's Motion for Leave to File Reply in Support of Petition for Writ of Mandamus complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure because this petition has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman Font and contains 206 words.

Dated: January 17, 2024                */s/ William M. Bosch*
William Bosch
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036
Telephone: 202-663-8000
Facsimile: 202-663-8007
william.bosch@pillsburylaw.com

*Attorney for Respondent Rock Spring Plaza II, LLC*