FILED: February 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1928
(8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

    Petitioner

_____

O R D E R
_____

    Upon consideration of the petition for writ of mandamus, the court grants the petition in part and denies it in part. The court directs the district court to vacate its Production Order and denies petitioner's request for an order directing the district court to maintain certain information under seal and to reassign the case upon remand.

    Upon further consideration of submissions relative to respondent's motion to file response under seal and petitioner's motion to file a reply to the response, the court grants the motions.

Entered at the direction of Judge Thacker with the concurrence of Judge Wilkinson and Judge Gregory.

                                                For the Court

                                                <u>/s/ Nwamaka Anowi, Clerk</u>